IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GLORETHA JUSTICE, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-09-188 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | § § § § § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on February 23, 2010 and has made a *de novo* determination of the Magistrate Judge's recommended disposition. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). No objections have been filed. This court finds that the Memorandum and Recommendation should be, and is, adopted as this court's Memorandum and Order. This court finds that the Administrative Law Judge applied the proper legal standard and that substantial evidence supports his finding and conclusion that the plaintiff is not disabled. This court denies the plaintiff's motion for summary judgment and grants the defendant's motion. Final judgment is entered by separate order.

SIGNED on March 11, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge