IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GLORETHA JUSTICE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-188 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Based on this court's adoption of the Memorandum and Recommendation of the United States Magistrate Judge signed on February 23, 2010, this case is dismissed, with prejudice.

SIGNED on March 11, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge